:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAUDETTE MACK                                              CIVIL ACTION

        v.                                    :
P/O JEFF MANNING and
P/O RUSSEL

                        02-3916

**O R D E R**

      AND NOW, this 12TH day of JULY, 2002, it is Ordered that this matter is **RESCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **JULY 30, 2002** at **9:15A**M in Room 8TH FLOOR - room 8613. (Court Room Deputy 267-299-7419)

PS: If counsel is not available at this time and wish to reschedule or set up a telephone conference - that party shall contact the Deputy Clerk and coordinate a new date and time for all parties.
Plaintiff is to notify all parties of this conference.

ATTEST:                                    or      BY THE COURT


BY:    ANGELA J. MICKIE                    _____
       Deputy Clerk                        Judge

Civ 12 (9/83)