IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDETTE MACK | : | CIVIL ACTION |
| Plaintiff, | : | 02-3916 |
| v. | : | |
| JEFF MANNING and, OFFICER RUSSELL, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this         day of October, 2002, upon consideration of the Uncontested Motion of the Plaintiff for a 30 day Enlargement of Time of the dates set forth in this Court's Pretrial Scheduling Order dated July 31, 2002, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff shall have thirty (30) days from the dates set forth in the Pretrial Scheduling Order.

BY THE COURT:

_____
J. CURTIS JOYNER, J.