W:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAUDETE MACK                    :         CIVIL ACTION
                                 :
        v.                       :
                                 :
JEFF MANNING,                    :         NO. 02-3916
OFFICER RUSSELL

**<u>NOTICE</u>**

AND NOW, this 22nd day of APRIL, 2003, this matter is scheduled for a  - STATUS telephone conference to be held on Wednesday, April 23, 2003 at 11:00 a.m. with the Honorable J. Curtis Joyner.  Plaintiff's counsel to initiate the call to chambers at 215-597-1537.

cc: Alan L. Yatvin, Esq.    (Via fax 215-546-5701)
    Lynne A. Sitarski, Esq. (Via fax 215-683-5397)

ATTEST:                          or    BY THE COURT

BY:  ADRIENNE MANN          
     For Angela Mickie                           Judge
     Deputy Clerk

Civ 12 (9/83)