IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAUDETTE MACK** | : | |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JEFF MANNING** | : | CIVIL ACTION NO. 02-3916 |

### PLAINTIFF'S PROPOSED JURY VERDICT SLIP

Plaintiff, by his undersigned counsel, moves this Honorable Court submit a verdict slip to the jury in the form attached hereto.

Respectfully submitted,

_____
**Howard D. Popper, Esquire**
**Alan L. Yatvin, Esquire**
*POPPER & YATVIN*
Suite 503
230 South Broad Street
Philadelphia, PA 19102
(215) 546-5700

*Attorneys for the Plaintiff*

April 28, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLAUDETTE MACK** | : |
|     *Plaintiff* | : |
| | : |
| **v.** | : |
| | : |
| **JEFF MANNING** | :   CIVIL ACTION NO. 02-3916 |

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has caused the foregoing to be served on the following by Hand Deliver:

>Lynne Sitarski, DCS
>Law Department, Civil Rights Unit
>1515 Arch Street, 15th Floor
>Philadelphia, PA 19102-1595

                                                    _____
                                                  **Alan L. Yatvin**

Date: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLAUDETTE MACK** | : |
|     *Plaintiff* | : |
| | : |
|     v. | : |
| | : |
| **JEFF MANNING** | :    CIVIL ACTION NO. 02-3916 |

### **VERDICT**

As to plaintiff Claudette Mack and defendant Jeff Manning, the jury unanimously finds the issues as follows:

I.    *CONSTITUTIONAL CLAIM*

**Unreasonable Force**

Has plaintiff Claudette Mack proven by a preponderance of the evidence that defendant Jeff Manning used unreasonable force against her while acting under color of law?

    YES_____    NO_____

II.    *DAMAGES*

    1.    **Compensatory Damages**

What amount of money is fair and reasonable to compensate Claudette Mack for the damages she suffered and/or violation of her constitutional rights?

$_____

    2.    **Punitive Damages**

What amount of money, if any, should be paid by defendant Jeff Manning as punitive damages?

$_____

*[Please sign and date this form.]*

Dated at Philadelphia, Pennsylvania, this _____ day of _____, 2003.

_____
Foreperson