IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAUDETTE MACK,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| **P/O JEFF MANNING and** | : | No. 02-3916 |
| **P/O RUSSELL,** | : | |
| Defendants. | : | |
| | : | |

### DEFENDANTS' PROPOSED VERDICT SLIP

**I.    FOURTH AMENDMENT – LIABLITY.**

    A.    Did Claudette Mack prove, by a preponderance of the evidence, that Jeffrey Mannings used unreasonable force in violation of her Fourth Amendment rights?

        YES  _____            NO  _____

*If you answered yes, proceed to question I (B), otherwise STOP AND RETURN TO THE COURTROOM.*

    B.    Did Claudette Mack prove, by a preponderance of the evidence that the conduct of Jeffrey Mannings was the proximate cause of any injuries that she claims to have suffered?

        YES  _____            NO  _____

*If you answered yes to both I(A) and I(B), proceed to question II, otherwise STOP AND RETURN TO THE COURTROOM.*

**II.    DAMAGES**

*If you answered **yes** to questions I(A) and I(B), complete questions II.A. and II.B below. If you answered **no** to either I(A) or I(B), STOP and return to the COURTROOM.*

    **A.**    What amount of past medical expenses, in accordance with the Court's instructions, will reasonably compensate the plaintiff?

$_____

    **B.**    What amount of pain and suffering, in accordance with the Court's instructions, will reasonably compensate the plaintiff?

$_____

RETURN TO THE COURTROOM.


Date: _____        BY: _____

                                                  **Foreperson**