IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAUDETTE MACK          :          CIVIL ACTION
                        :
         v.             :
                        :
JEFF MANNING            :          NO. 02-3916

## CIVIL JUDGMENT

Before the Honorable J. Curtis Joyner

      AND NOW, this 8th day of May, 2003, in accordance with the jury verdict,

      IT IS ORDERED that Judgment be and the same is hereby entered in favor of Defendant Jeff Manning and against Plaintiff Claudette Mack.

      BY THE COURT

      ATTEST:
          Adrienne Mann
          Deputy Clerk

Civ 1 (8/80)