```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CLAUDETTE MACK                  :        CIVIL ACTION

      v.                         :

JEFF MANNING                    :        NO. 02-CV-3916

ORDER

AND NOW, this        day of                  , 2003, the claims against Defendant Officer Russell were withdrawn by Plaintiff just prior to commencement of trial and judgment having been entered in favor of Defendant Jeff Manning and against Plaintiff Claudette Mack, the Clerk is directed to close this case.

                          BY THE COURT:

                          _____
                          J. CURTIS JOYNER, J.