IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CLAUDETTE MACK**          :          **CIVIL ACTION**
                            :
           **v.**           :
                            :
**JEFF MANNING, et al.**    :          **NO. 02-3916**

## JUDGMENT

_____**AND NOW**, this _____ day of December, 2004, judgment is hereby entered in favor of Officer Jeff Manning and Officer Saundra Russell and against Claudette Mack in the amount of $579.52.

_____

                                   **MICHAEL E. KUNZ**
                                   **CLERK OF COURT**